UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-
MAR 2 2 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:23-CR-25 |
| | ) | Violation: |
| | ) | 18 U.S.C. §§ 922(a)(1)(A), 923(a) |
| | ) | and 924(a)(1)(D); |
| JASON S. STUART | ) | 18 U.S.C. § 922(g)(1); and |
| | ) | 18 U.S.C. § 922(g)(9) |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about August 18, 2022, and continuing through on or about March 21, 2023, in the Northern District of Indiana,

JASON S. STUART,

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing firearms;

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

Between on or about March 23, 2021, and continuing to on or about March 21, 2023, in the Northern District of Indiana,

JASON S. STUART,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

> On September 19, 2005, Jason S. Stuart, was sentenced on his conviction in the Dekalb Superior Court, State of Indiana, case number 17D01-0404-FD-00028, of Maintaining a Common Nuisance, a class D felony; and

> On September 19, 2005, Jason S. Stuart, was sentenced on his conviction in the Dekalb Superior Court, State of Indiana, case number 17D01-0404-FD-00035, of Dealing in Marijuana, a class D felony;

did knowingly possess ammunition, and the ammunition was in and affecting interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

Between on or about August 18, 2022, and continuing until on or about March 21, 2023, in the Northern District of Indiana,

JASON S. STUART,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

> On September 19, 2005, Jason S. Stuart, was sentenced on his conviction in the Dekalb Superior Court, State of Indiana, case number 17D01-0404-FD-00028, of Maintaining a Common Nuisance, a class D felony; and

> On September 19, 2005, Jason S. Stuart, was sentenced on his conviction in the Dekalb Superior Court, State of Indiana, case number 17D01-0404-FD-00035, of Dealing in Marijuana, a class D felony;

did knowingly possess a firearm, and the firearm was in and affecting interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

Between on or about August 18, 2022, and continuing until on or about March 21, 2023, in the Northern District of Indiana,

JASON S. STUART,

defendant herein, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is to say:

> On April 7, 2006, Jason S. Stuart, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D04-0601-CM-000044, of Battery, a misdemeanor; and

> On December 17, 2007, Jason S. Stuart, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D04-0706-CM-360, of Battery, a misdemeanor.

did knowingly possess a firearm and ammunition, and the firearm and ammunition was in and affecting interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(g)(9).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offenses alleged Counts 1 – 4 in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offenses.

A TRUE BILL

/s/ Foreperson
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Stacey R. Speith
      Stacey R. Speith
      Assistant United States Attorney