USDC IN/ND case 1:23-cr-00025-HAB-SLC   document 23-1   filed 05/04/23   page 1 of 2

| Asset / Item ID | Description | Seizure Date | ATF Asset Seq |
|---|---|---|---|
| 21-ATF-037336 | SIG-SAUER P320 Pistol CAL:9 SN:58J108146 | 03/21/2023 | 772075-22-0072 - 000021 |
| 21-ATF-037337 | 5250 Rounds AMMO INC Ammunition CAL:380 | 03/21/2023 | 772075-22-0072 - 000077 |
| 21-ATF-037338 | SIG-SAUER SP2022 pISTOL CAL:9 SN:24B258521 | 03/21/2023 | 772075-22-0072 - 000022 |
| 21-ATF-037339 | Ruger Unknown Rifle CAL:Unknown SN:857-52003 | 03/21/2023 | 772075-22-0072 - 000110 |
| 21-ATF-037340 | SIG-SAUER P365 XL pISTOL CAL:9 SN:66A187714 | 03/21/2023 | 772075-22-0072 - 000026 |
| 21-ATF-037341 | SIG-SAUER P226 ELITE Pistol CAL:40 SN:U649982 | 03/21/2023 | 772075-22-0072 - 000027 |
| 21-ATF-037342 | 66 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000111 |
| 21-ATF-037343 | GLOCK INC. 21 Pistol CAL:45 SN:AETS667 | 03/21/2023 | 772075-22-0072 - 000028 |
| 21-ATF-037344 | 160 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000112 |
| 21-ATF-037345 | 700 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000113 |
| 21-ATF-037346 | MAGNUM RESEARCH, INC. DESERT EAGLE Pistol CAL:50 SN:DK0094804 | 03/21/2023 | 772075-22-0072 - 000029 |
| 21-ATF-037347 | SIG-SAUER P220 Pistol CAL:10 SN:37C015228 | 03/21/2023 | 772075-22-0072 - 000030 |
| 21-ATF-037348 | 518 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000114 |
| 21-ATF-037349 | 325 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000115 |
| 21-ATF-037350 | SIG-SAUER 1911 Pistol CAL:45 SN:54B098515 | 03/21/2023 | 772075-22-0072 - 000031 |
| 21-ATF-037351 | 2150 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000116 |
| 21-ATF-037352 | SIG-SAUER P220 Pistol CAL:45 SN:37B027720 | 03/21/2023 | 772075-22-0072 - 000032 |
| 21-ATF-037353 | F.N. (FN HERSTAL) Five-Seven Pistol CAL:57 SN:386435255 | 03/21/2023 | 772075-22-0072 - 000117 |
| 21-ATF-037354 | SIG-SAUER 1911 Pistol CAL:45 SN:54B172535 | 03/21/2023 | 772075-22-0072 - 000033 |
| 21-ATF-037355 | F.N. (FN HERSTAL) Five-Seven Pistol CAL:57 SN:386421153 | 03/21/2023 | 772075-22-0072 - 000118 |
| 21-ATF-037356 | SIG-SAUER P226 Pistol CAL:9 SN:47A199195 | 03/21/2023 | 772075-22-0072 - 000034 |
| 21-ATF-037357 | AERO PRECISION M5 Receiver/Frame CAL:Unknown SN:US281892 | 03/21/2023 | 772075-22-0072 - 000119 |
| 21-ATF-037358 | FRANKLIN ARMORY FAI-15 Rifle CAL:MULTI SN:A-10622 | 03/21/2023 | 772075-22-0072 - 000035 |
| 21-ATF-037360 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000120 |
| 21-ATF-037361 | 16565 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000121 |
| 21-ATF-037362 | 834 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000036 |
| 21-ATF-037363 | 1000 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000037 |
| 21-ATF-037365 | ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:20201540 | 03/21/2023 | 772075-22-0072 - 000122 |
| 21-ATF-037366 | UNKNOWN MANUFACTURER Unknown Rifle CAL:762 SN:K3R0016699 | 03/21/2023 | 772075-22-0072 - 000041 |
| 21-ATF-037367 | AERO PRECISION X15 Rifle CAL:Multi SN:X525674 | 03/21/2023 | 772075-22-0072 - 000123 |
| 21-ATF-037368 | PALMETTO STATE ARMORY PSAK47 Rifle CAL:762 SN:AKB036305 | 03/21/2023 | 772075-22-0072 - 000042 |
| 21-ATF-037369 | FRANKLIN ARMORY HSC-15 Pistol CAL:Unknown SN:FA-4544X | 03/21/2023 | 772075-22-0072 - 000124 |
| 21-ATF-037370 | SIG-SAUER P226 Pistol CAL:9 SN:47E006516 | 03/21/2023 | 772075-22-0072 - 000043 |
| 21-ATF-037371 | ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:21149839 | 03/21/2023 | 772075-22-0072 - 000125 |
| 21-ATF-037372 | INTRATEC TEC22 Pistol CAL:22 SN:043234 | 03/21/2023 | 772075-22-0072 - 000126 |
| 21-ATF-037373 | Ruger RUGER-57 Pistol CAL:57 SN:643-78043 | 03/21/2023 | 772075-22-0072 - 000044 |
| 21-ATF-037374 | AERO PRECISION X15 RECEIVER/FRAME CAL:unknown SN:X525051 | 03/21/2023 | 772075-22-0072 - 000127 |
| 21-ATF-037375 | FNH USA, LLC FNX-45 Pistol CAL:45 SN:FX3U014585 | 03/21/2023 | 772075-22-0072 - 000045 |
| 21-ATF-037376 | AERO PRECISION M4E1 Receiver/Frame CAL:Multi SN:M4-0481354 | 03/21/2023 | 772075-22-0072 - 000128 |
| 21-ATF-037377 | SIG-SAUER P320 Pistol CAL:40 SN:58C183806 | 03/21/2023 | 772075-22-0072 - 000046 |
| 21-ATF-037378 | AERO PRECISION X15 Receiver/Frame CAL:Multi SN:X473850 | 03/21/2023 | 772075-22-0072 - 000129 |
| 21-ATF-037379 | CANIK55 SFX RIVAL Pistol CAL:9 SN:22CM03504 | 03/21/2023 | 772075-22-0072 - 000047 |
| 21-ATF-037380 | AERO PRECISION M4E1 Receiver/Frame CAL:Multi SN:M4-0481359 | 03/21/2023 | 772075-22-0072 - 000130 |
| 21-ATF-037381 | 75 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000131 |
| 21-ATF-037382 | FNH USA, LLC, Unknown Pistol CAL:Unknown SN:LR003141 | 03/21/2023 | 772075-22-0072 - 000048 |
| 21-ATF-037383 | HIPOINT (STRASSELL'S MACHINE INC.) 4595 Rifle CAL:45 SN:R119178 | 03/21/2023 | 772075-22-0072 - 000132 |
| 21-ATF-037384 | 252 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000133 |
| 21-ATF-037385 | MAGNUM RESEARCH, INC. DESERT EAGLE Pistol CAL:Unknown SN:PB-A1572 | 03/21/2023 | 772075-22-0072 - 000049 |
| 21-ATF-037386 | 244 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000134 |
| 21-ATF-037387 | TAURUS INTERNATIONAL THE JUDGE Relvolver CAL:45/410 SN:ACL474552 | 03/21/2023 | 772075-22-0072 - 000050 |
| 21-ATF-037388 | 4 Rounds Assorted Ammunition CAL:410 | 03/21/2023 | 772075-22-0072 - 000051 |
| 21-ATF-037389 | Unknown Manufacturer Rifle Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000136 |
| 21-ATF-037390 | AERO PRECISION X15 Rifle CAL:MULTI SN:X461453 | 03/21/2023 | 772075-22-0072 - 000054 |
| 21-ATF-037391 | AERO PRECISION EPC-9 Rifle CAL:Multi SN:SF-038972 | 03/21/2023 | 772075-22-0072 - 000137 |
| 21-ATF-037393 | 2140 Rounds aSSORTED Ammunition CAL:uNKNOWN | 03/21/2023 | 772075-22-0072 - 000055 |
| 21-ATF-037394 | AERO PRECISION JOD-9 Receiver/Frame CAL:Multi SN:JOD9-00222 | 03/21/2023 | 772075-22-0072 - 000138 |

Exhibit 1

| Item | Description | Date | Number |
|---|---|---|---|
| 21-ATF-037396 | 1541 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000056 |
| 21-ATF-037397 | 19689 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000061 |
| 21-ATF-037398 | 30 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000139 |
| 21-ATF-037399 | 14 Rounds Assorted Ammunition CAL:9 | 03/21/2023 | 772075-22-0072 - 000063 |
| 21-ATF-037400 | KELTEC, CNC INDUSTRIES, INC. SUB-2000 FGRD22 CAL:Unknown SN:FGRD22 | 03/21/2023 | 772075-22-0072 - 000140 |
| 21-ATF-037401 | 13 Rounds Assorted Ammunition CAL:40 | 03/21/2023 | 772075-22-0072 - 000064 |
| 21-ATF-037402 | 18000 Rounds Assorted Ammunition CAL:762/12 | 03/21/2023 | 772075-22-0072 - 000141 |
| 21-ATF-037403 | 9 Rounds Assorted Ammunition CAL:45 | 03/21/2023 | 772075-22-0072 - 000065 |
| 21-ATF-037404 | 8 Rounds Assorted Ammunition CAL:10 | 03/21/2023 | 772075-22-0072 - 000066 |
| 21-ATF-037405 | 26750 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000142 |
| 21-ATF-037406 | 9 Rounds Assorted Ammunition CAL:40 | 03/21/2023 | 772075-22-0072 - 000067 |
| 21-ATF-037407 | CZ USA CZ P-10 Pistol CAL:9 SN:F050679 | 03/21/2023 | 772075-22-0072 - 000143 |
| 21-ATF-037408 | 10 Rounds Assorted Ammunition CAL:9 | 03/21/2023 | 772075-22-0072 - 000068 |
| 21-ATF-037409 | 8 Rounds Assorted Ammunition CAL:45 | 03/21/2023 | 772075-22-0072 - 000069 |
| 21-ATF-037410 | 150 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000144 |
| 21-ATF-037411 | GLOCK INC 19X Pistol CAL:9 SN:BXRU638 | 03/21/2023 | 772075-22-0072 - 000146 |
| 21-ATF-037412 | 230 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000147 |
| 21-ATF-037413 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000155 |
| 21-ATF-037414 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000156 |
| 21-ATF-037415 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000157 |
| 21-ATF-037416 | 1660 Rounds Assorted Ammunition CAL:45 | 03/21/2023 | 772075-22-0072 - 000078 |
| 21-ATF-037417 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000158 |
| 21-ATF-037418 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000159 |
| 21-ATF-037419 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000160 |
| 21-ATF-037420 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000161 |
| 21-ATF-037421 | 5330 Rounds Assorted Ammunition CAL:38 | 03/21/2023 | 772075-22-0072 - 000079 |
| 21-ATF-037422 | 4650 Rounds Assorted Ammunition CAL:9 | 03/21/2023 | 772075-22-0072 - 000080 |
| 21-ATF-037423 | TIPPMAN ARMS CO GATLING GUN Unknown CAL:9 SN:Unknown | 03/21/2023 | 772075-22-0072 - 000084 |
| 21-ATF-037424 | 2130 Rounds Assorted Ammunition CAL:56 | 03/21/2023 | 772075-22-0072 - 000085 |
| 21-ATF-037425 | 941 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000086 |
| 21-ATF-037426 | 2264 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000087 |
| 21-ATF-037427 | 7600 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000088 |
| 21-ATF-037428 | 339 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000089 |
| 21-ATF-037429 | 3240 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000091 |
| 21-ATF-037430 | 2550 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000092 |
| 21-ATF-037431 | 4190 Rounds Assorted Ammunition CAL:Unknown | 03/21/2023 | 772075-22-0072 - 000093 |
| 21-ATF-037432 | NKNOWN MANUFACTURER Unknown Rifle CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000097 |
| 21-ATF-037433 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME, CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000098 |
| 21-ATF-037434 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000099 |
| 21-ATF-037435 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000100 |
| 21-ATF-037436 | AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Pistol CAL:Unknown SN:NS361235 | 03/21/2023 | 772075-22-0072 - 000101 |
| 21-ATF-037437 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000102 |
| 21-ATF-037438 | AERO PRECISION X15 Rifle CAL:Unknown SN:X482550 | 03/21/2023 | 772075-22-0072 - 000103 |
| 21-ATF-037439 | UNKNOWN MANUFACTURER Unknown Rifle CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000104 |
| 21-ATF-037440 | AERO PRECISION M4E1 Pistol CAL:MULTI SN:M4-0481353 | 03/21/2023 | 772075-22-0072 - 000105 |
| 21-ATF-037441 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown | 03/21/2023 | 772075-22-0072 - 000106 |
| 21-ATF-037442 | AERO PRECISION M4E1 RECEIVER/FRAME CAL:MULTI SN:M4-0481356 | 03/21/2023 | 772075-22-0072 - 000107 |
| 21-ATF-037443 | RUGER EC9S Pistol CAL:9 SN:456-09752 | 03/21/2023 | 772075-22-0072 - 000108 |
| 21-ATF-037444 | UNKNOWN MANUFACTURER Unknown RECEIVER/FRAME CAL:MULTI SN:AA0905051 | 03/21/2023 | 772075-22-0072 - 000109 |
| 21-ATF-037446 | $431.00 U.S. Currency | 03/21/2023 | 772075-22-0072 - 000038 |
| 21-ATF-037448 | $3,080.00 U.S. Currency | 03/21/2023 | 772075-22-0072 - 000039 |
| 21-ATF-037449 | $11,700.00 U.S. Currency | 03/21/2023 | 772075-22-0072 - 000040 |